ACCEPTED
05-15-00232-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/10/2015 2:25:51 PM
LISA MATZ
CLERK

 # Dallas County
## Public Defender's Office

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

9/10/2015 2:25:51 PM

LISA MATZ
Clerk

September 10, 2015

Lisa Matz, Clerk
Court of Appeals, 5th District
600 Commerce Street, Suite 200
Dallas, Texas 75202

> Re: *State of Texas v. Blake Christopher Davis*
> Trial Court No.:       F12-57322-K
> Appellate Court No.:   05-15-00232-CR

Dear Ms. Matz:

The above-styled case is currently set for submission with oral argument on September 21, 2015, at 12:50 p.m. at the Belo Mansion. I will be presenting oral argument on behalf of Mr. Davis.

Sincerely,

/s/ *Julie Woods*
Assistant Public Defender

cc: Brian P. Higginbotham, Dallas County Criminal District Attorney's Office, Appellate Section

---

✍ 133 N. Riverfront Blvd., 9th Floor, LB 2 ✍ Dallas Texas 75207-4313 ✍ Phone: (214) 653-3550 ✍ Fax: (214) 653-3539 ✍